show cause why he should not be disbarred from the practice of law in this Court.

No. D–1971. IN RE DISBARMENT OF TOTH. Peter J. Toth, of Burlington, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–81. KESSLER v. BROWN & WILLIAMSON ET AL.;
No. M–84. CITY OF SANTA ANA v. HERNANDEZ ET AL.; and
No. M–85. PHONOMETRICS, INC. v. NORTHERN TELECOM, INC., ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 96–8732. EDWARDS ET AL. v. UNITED STATES, 523 U. S. 511. Motion of petitioners to waive $2,500 fee limitation under the Criminal Justice Act denied.

No. 97–9243. IN RE KEY. Petition for writ of habeas corpus denied.

No. 97–1780. IN RE JAMES, GOVERNOR OF ALABAMA, ET AL.;
No. 97–7869. IN RE LUNDAHL; and
No. 97–8258. IN RE LUNDAHL. Petitions for writs of mandamus denied.

No. 97–303. HUMANA INC. ET AL. v. FORSYTH ET AL. C. A. 9th Cir. Certiorari granted.

No. 97–1704. ORTIZ ET AL. v. FIBREBOARD CORP. ET AL. C. A. 5th Cir. Certiorari granted.

No. 97–1709. KUMHO TIRE CO., LTD., ET AL. v. CARMICHAEL ET AL. C. A. 11th Cir. Certiorari granted.

No. 97–144. PEARSON v. HINES. C. A. 9th Cir. Certiorari denied.

No. 97–218. LARSEN, MARYLAND INSURANCE COMMISSIONER v. AMERICAN MEDICAL SECURITY, INC., ET AL. C. A. 4th Cir. Certiorari denied.